**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7271**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

JUAN C. TORRES, a/k/a Shorty,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief District Judge.  (5:01-cr-30067-JCT-1)

Submitted:  December 17, 2015      Decided:  January 6, 2016

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Juan C. Torres, Appellant Pro Se.  Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan C. Torres appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Torres, No. 5:01-cr-30067-JCT-1 (W.D. Va. July 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED